ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2011 JAN 31 P 2: 21

CLERK _[signature]_
SO DIST OF G[A]

| | | |
|---|---|---|
| ALONZO MOREFIELD, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 310-079 |
| | ) | |
| DR. CALEB AJIBADE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed.[1] Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's request to proceed IFP is **DENIED** (doc. no. 2), his motion to appoint counsel is **MOOT** (doc. no. 3), and this action is **DISMISSED** without prejudice. If Plaintiff wishes to proceed with this civil action, he must submit a new complaint, along with the full filing fee. Dupree v. Palmer, 284 F.3d 1234, 1236 (11th Cir. 2002) (*per curiam*).

SO ORDERED this 31 day of January, 2011, at Augusta, Georgia.

_[signature]_
UNITED STATES DISTRICT JUDGE

---

[1] In his objections, Plaintiff argues that his appeal, Morefield v. Smith, No. 07-12889-G (11th Cir. Oct. 5, 2007), was dismissed due to his failure to pay the required filing fee, and therefore should not count as a strike under 28 U.S.C. § 1915(g). (Doc. no. 12, p. 2.) However, a review of the records for that case confirms that the appeal was dismissed as frivolous, and therefore counts as a strike. Morefield v. Smith, CV 607-010, doc. no. 82 (S.D. Ga. Oct. 9, 2007). The remainder of Plaintiff's objections are without merit and are **OVERRULED**.